IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**HERBERT HACKETT**  PLAINTIFF

VS.  **4:21-CV-00961-BRW**

**HEALTHWORKS MEDICAL**  DEFENDANT

## ORDER

The events described in Plaintiff's complaint occurred in Paducah, Kentucky, which is where Defendant is based. Accordingly, the Clerk of the Court is directed to immediately TRANSFER this case to the United States District Court for the Western District of Kentucky, Paducah Division.[1]

IT IS SO ORDERED this 25th day of October, 2021.

　　　　　　　　　　　　　　　　　　　　　　Billy Roy Wilson
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

---

[1] *Union Elec. Co. v. Energy Ins. Mut. Ltd.*, 689 F.3d 968, 972 (8th Cir. 2012) (holding that a district court may *sua sponte* transfer a case under 28 U.S.C. § 1404(a)).